No. 11–7723. JACKSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–7724. SKINNER v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 11–7725. ROJAS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 11–7726. WHITFIELD v. NEW YORK. Sup. Ct. N. Y., Kings County. Certiorari denied.

No. 11–7730. MACHETTE v. PHELPS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7733. ROBERTS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–7735. WILBON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 11–7741. BLACKSHER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–7743. BYNOE v. PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7744. SELSOR v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7754. SOUTHWARD v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7758. CORONA v. ALMAGER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7765. MCKINNEY v. LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7766. LANCASTER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–7767. THOMAS ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied.